UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No.  2:24-cv-01027-SVW-KS                                      Date: May 24, 2024

Title:  *Tahani Creisat v. Petal Card, Inc.*

---

Present: The Honorable STEPHEN V. WILSON, U.S. District Judge

| Paul Cruz | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**

All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1).

On April 10, 2024, the Court postponed ruling on Plaintiff's request to proceed *in forma pauperis* ("Request") because it failed to provide sufficient information to determine indigency. Dkt. 12. The Court directed Plaintiff to refile a fully completed Request or pay the filing fee, and it warned that if she did not comply within 30 days the case would be dismissed without prejudice. (*Id.*).

To date, Plaintiff has not responded to the Court's Order. Accordingly, this action is **DISMISSED** without prejudice. *See, e.g., Roberts v. Soc. Sec. Dep't*, 2022 WL 4088755, at *2 (S.D. Cal. Sept. 6, 2022). All other pending matters are **TERMINATED**.

IT IS SO ORDERED.